THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. KINTZING POST et al., as Trustees under the Will of MARY M. JONES, Deceased, Appellants, against WILLIAM S. MILLER et al., as Tax Commissioners of the City of New York, Respondents.

BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent.

(Assessment for 1934)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. W. KINTZING POST et al., as Trustees under the Will of MARY M. JONES, Deceased, Appellants, against WILLIAM S. MILLER et al., as Tax Commissioners of the City of New York, Respondents.

BANK FOR SAVINGS IN THE CITY OF NEW YORK, Respondent.

(Assessment for 1935)

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES H. SHARP, as Committee, Relators, against WILLIAM S. MILLER et al., as Tax Commissioners of the City of New York, Respondents.

(Assessment for 1937)

Argued March 5, 1945; decided April 12, 1945.

*Julian S. Bush* and *Leon R. Jillson* for appellants.

*Louise E. Abbott* and *John J. Redfield* for Bank for Savings in the City of New York, respondent.

Appeal dismissed, with costs, on the ground that the order does not finally determine the proceedings within the meaning of the Constitution. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.